Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
24, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed August 24, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00499-CV

____________

 

IN RE MOHAMMED DEHGHANI, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On June
6, 2006, relator filed a petition for writ of mandamus in this
court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Joan Huffman, formerly the
presiding judge of the 183rd District Court of Harris County, to hold a hearing
on his motion for DNA testing.  Relator has failed to establish that he is
entitled to the mandamus relief requested.[1] 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER
CURIAM

 

Petition Denied and Memorandum Opinion filed August
24, 2006.

Panel consists of Justices Anderson, Edelman, and
Frost.

 









            [1]Judge Huffman is
no longer on the bench.  We recognize that, under Texas Rule of Appellate
Procedure 7.2(b), when one named in her official capacity as a party to an
original proceeding no longer holds the office, abatement is required to allow
that party=s successor to Areconsider
the original party=s decision.@ 
However, in this case, there was no decision rendered by Judge Huffman, and the
record provided by relator does not show the trial court was required to render
a decision; therefore, abatement under these circumstances would be an exercise
of futility.